IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-CV-59-HSO-RPM |
| ) | |
| LNM ENTERPRISES LLC and ) | |
| LINCOY MOLIERE, ) | |
| ) | |
| Defendants. ) | |

### RENEWED MOTION FOR DEFAULT JUDGMENT

Plaintiff, BMO Bank N.A. f/k/a BMO Harris Bank N.A. ("Plaintiff"),[1] by its attorneys, moves this Court under Federal Rule of Civil Procedure 55 to enter default judgment in its favor and against Defendant LNM Enterprises LLC ("Defendant").

In support of this Motion, Plaintiff relies upon, incorporates, and refers to the Verified Complaint for Damages, Claim & Delivery, Specific Performance, and Injunctive Relief and exhibits thereto, the Clerk's Entry of Default [Dkt. No. 22], the Declaration of Nolan Broadie, attached hereto as **Exhibit A**, and the matters of fact and law set forth in the Memorandum filed in support of this Motion.

WHEREFORE, Plaintiff respectfully request that this Court enter an Order: (1) granting default judgment in its favor and against Defendant; (2) awarding money damages in favor of Plaintiff and against Defendant in the amount of $294,003.80, plus interest accruing thereon on the amount of $139.53 *per diem* following February 13, 2023; (3) awarding Plaintiff its reasonable attorneys' fees and expenses and staying the filing period for a motion requesting attorney fees set

---

[1] Effective September 3, 2023, the Bank adopted amended articles of association pursuant to which its corporate title was changed from "BMO Harris Bank National Association" to "BMO Bank National Association."

forth in Rule 54(d)(2); (4) entering a Writ of Possession in favor of Plaintiff in and to the Collateral; (5) entering injunctive relief in favor of Plaintiff, causing the surrender or repossession of the Collateral; and (6) granting such further relief as is just and proper.

Dated: April 17, 2024.                                            Respectfully Submitted,

**HUSCH BLACKWELL LLP**

*/s/ Ryan A. Burgett*
Ryan A. Burgett, MSB No. 105090
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
(423) 266-5500
(423) 266-5499 (fax)
Ryan.Burgett@huschblackwell.com
***Attorneys for BMO Bank N.A.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April 2024, I caused the forgoing **RENEWED MOTION FOR DEFAULT JUDGMENT** to be filed electronically and served by e-mail to all parties by operation of the Court's CM/ECF System. Parties may access this filing through the Court's CM/ECF System. The below will also be served with a copy by First Class U.S. Mail, postage pre-paid:

LNM Enterprises LLC
996 Halawa Court
Diamondhead, MS 39525

*/s/ Ryan A. Burgett*
Ryan A. Burgett, Esq.